UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE L. AYALA<br><br>Plaintiff,<br><br>v.<br><br>SODEXO, INC., a corporation d/b/a UNIVERSITY DINING SERVICES; SODEXO AMERICA, LLC; and DOES 1 to 20,<br><br>Defendants. | Civil Action No.2:16-cv-00418-KJM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR JOINT STATUS REPORT AND RULE 26 EXCHANGE**<br><br>Judge:     Hon. Kimberly J. Mueller<br>Location:  Courtroom 3, 15th Floor<br><br>Notice of Removal Filed: Feb. 26, 2016<br>Trial Date: TBD |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Guadalupe Ayala and Defendants SODEXO, INC., a corporation d/b/a UNIVERSITY DINING SERVICES; SODEXO AMERICA, LLC by and through their respective counsel of records request this Court to continue the deadline for the Joint Status Report and Rule 26 Exchange to June 20, 2016. The parties seek this request because they are now in settlement discussions and believe the added time will permit this case to settle.

1
**STIPULATION AND ORDER**

| | |
|---|---|
| Dated: May 31, 2016 | MANION GAYNOR & MANNING LLP |

        By:   /s/DAVID DAVIDSON
             Howard P. Skebe
             David Davidson
             Attorneys for Defendants SODEXO AMERICA, LLC and SODEXO, INC.

Dated: May 31, 2016        LAW OFFICE OF CRAIG C. MAYFIELD

        By:   /s/CRAIG C. MAYFIELD
             Craig C. Mayfield
             Attorneys for Plaintiff
             GUADALUE L. AYALA

**IT IS SO GRANTED.**

This Court having reviewed the proposed stipulation submitted by counsel, hereby orders the the following:

1. The parties are to meet and confer and file a joint statement described in paragraph 5 of this court's order filed on February 26, 2016, ECF No. 2, no later than June 20, 2016; and
2. The parties shall provide initial disclosures on or before June 20, 2016.

DATED: June 3, 2016

_____
UNITED STATES DISTRICT JUDGE