UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE L. AYALA, | No. 2:16-cv-00418-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| SODEXO, INC., et al., | |
| Defendant. | |

   This matter is before the court on defendants' renewed request to set a mandatory settlement conference. ECF No. 15. Plaintiff objects to this request, contending it cannot respond to defendants' settlement offer until it receives a response to a settlement demand made to the workers' compensation carrier. ECF No. 16.

   After the July 7, 2016 status conference, the court allowed defendants to renew their request for court-ordered settlement in the event defendants secured the agreement of nonparty U.C. Davis to participate in settlement. At the status conference, defense counsel had signaled that the defense is prepared and would prefer to direct resources toward settlement if possible, rather than to deplete its resources through early motion practice and extensive discovery. Taking this representation at face value, in light of the willingness of U.C. Davis to

attend and participate in court-convened settlement, defendants' request is granted, and plaintiff's objection is overruled.

A settlement conference is scheduled before Magistrate Judge Kendall J. Newman, who has been randomly selected as a settlement judge, for **August 29, 2016 at 9:00 a.m.** in Courtroom No. 25, 8th Floor.

The parties are directed to exchange non-confidential settlement conference statements seven (7) days prior to this settlement conference.  These statements shall simultaneously be delivered to the court using the following email address: kjnorders@caed.uscourts.gov.  If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).  At its option, U.C. Davis also may provide information to the parties and the magistrate judge, consistent with this order.

IT IS SO ORDERED.

DATED: August 3, 2016.

_____
UNITED STATES DISTRICT JUDGE